[No. 26212-6-II.   Division Two.   September 14, 2001.]

*In the Matter of the Marriage of* RICHARD MICHAEL FINDER, *Appellant*, and LINDA LU FINDER, *Respondent.*

Appeal from a judgment of the Superior Court for Clark County, No. 98-3-00791-2, Roger A. Bennett, J., entered June 23, 2000. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Hunt, A.C.J., and Seinfeld, J.

[No. 43338-5-I.   Division One.   September 17, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. BERNARD WOODS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 97-1-09757-2, Norma Smith Huggins, J., entered August 18, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 45482-0-I.   Division One.   September 17, 2001.]

PENNIE CLARK-IANNICIELLO, *Appellant*, v. GAIL MANN, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 99-2-03133-4, Jeanette R. Burrage, J., entered October 8, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 45627-0-I.   Division One.   September 17, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. DERRICK LAMONT JONES, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 98-1-05544-4, Michael Hayden, J., entered November 5, 1999. *Reversed* by unpublished per curiam opinion.